```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 31228
   MARZENA E. JONAK
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-1190


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/17/08 .

    2.  The case was converted to Chapter 11 without confirmation.

----------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
----------------------------------------------------------------------

        Summary of disbursements:
----------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00          .00
PRINCIPAL PAID          .00        .00         .00         .00          .00
INTEREST PAID           .00        .00         .00         .00          .00
TOTAL PAID              .00        .00         .00         .00          .00
The Debtor's attorney, PAUL M BACH                 , was allowed $       .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $        .00 .




    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 02/13/09                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 08 B 31228 MARZENA E. JONAK
```